## WESTBAY, Appellant, v. LINCOLN et al.

### Division Two, November 26, 1901.

**Appeal:** NO BILL OF EXCEPTIONS. Where there is no bill of exceptions filed, the judgment of the lower court will be affirmed if there is no error in the record proper.

Appeal from Barry Circuit Court.—*Hon. J. C. Lamson,* Judge.

AFFIRMED.

*A. V. Darroch* for appellant.

On the twenty-eighth day of October, 1897, "it is ordered by the court that the plaintiff be allowed sixty days from now in which to file a bill of exceptions in this cause."    Then on the eighth day of January, 1898, the appellant filed the written order of the circuit judge extending the time to the fifteenth of February, the order reading:   "The time for filing the bill

of exceptions by appellant in this cause is hereby extended till the fifteenth day of February, 1898, it appearing that the same is necessary, this sixth day of January, 1898."

*Lincoln & Lydy* for respondent.

(1) There is no bill of exceptions in this case. The time for filing such bill expired on the twenty-seventh day of December, 1897, being sixty days from the twenty-eighth day of October, 1897, and the trial judge had no authority in law to extend the time for filing such bill of exceptions after the expiration of the time originally given therefor. The judgment had become final and neither court, judge nor parties had any power to take any further steps in the cause. Cox v. Bright, 65 Mo. App. 417; State v. Harrison, 62 Mo. App. 112; Lowen v. Hicks, 63 Mo. App. 84; State v. Sweeney, 54 Mo. App. 580; State v. Scott, 113 Mo. 560; State v. Apperson, 115 Mo. 470; State v. Butt, 117 Mo. 584; Dorman v. Coon, 119 Mo. 68; Fulkerson v. Murdock, 123 Mo. 292. (2) The application for continuance is not a part of the record proper and not before this court for review, unless there is a proper bill of exceptions. State v. Prather, 136 Mo. 25; Lloyd v. Thurman, 69 Mo. App. 147.

BURGESS, J.—This is an appeal from an order and judgment of the circuit court of Barry county, dismissing plaintiff's petition and adjudging against her the costs incurred in the suit.

No bill of exceptions has been filed in the cause, and as there is no error apparent in the record proper the judgment is affirmed. All concur.